IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 5:13-CR-9-MTT |
| | VIOLATIONS: |
| v. | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924 (a)(2) |
| | 21 U.S.C. § 844 |
| JOHN EDWARD BAKER | 18 U.S.C. § 2 |
| | 18 U.S.C. § 924(d) |
| | 21 U.S.C. § 881(a) |
| | 28 U.S.C. § 2461 |

THE GRAND JURY CHARGES:

## COUNT ONE
### (POSSESSION OF FIREARM BY A CONVICTED FELON)

That on or about May 23, 2011, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, defendant herein,

**JOHN EDWARD BAKER,**

having been convicted of a felony, a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly receive and possess a firearm which had previously been shipped and transported in interstate and foreign commerce, to wit: one Taurus, Model: 608, .357 caliber revolver, serial number TB795193; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
### (POSSESSION OF METHAMPHETAMINE)

That on or about May 23, 2011, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JOHN EDWARD BAKER,**

aided and abetted by other persons, both known and unknown to the Grand Jury, did

unlawfully, knowingly, and intentionally possess a Schedule II controlled substance, to-wit: a mixture or substance containing a detectable amount of methamphetamine; all in violation of Title 21, United States Code, Section 844 and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE
### (18 U.S.C. § 924(d), 21 U.S.C. § 881(a), and 28 U.S.C. § 2461 - Criminal Forfeiture)

1.  The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and/or Title 21, United State Code, Section 881(a).

2.  Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Count One, and/or Title 21, United States Code, Section 844 set forth in Count Two of this Indictment, the defendant,

### JOHN EDWARD BAKER,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and/or Title 21, United States Code, Section 881(a), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to the following: One (1) Taurus, Model 608, .357 caliber revolver, Serial Number TB795193.

3.  If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)  cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), Title 21, United States Code, Section 881(a), and Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 881(a).

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9th day of January, AD 2013.

Deputy Clerk

3