IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. 5:13-CR-9 -MTT |
| | : | |
| JOHN EDWARD BAKER | : | |

## CHANGE OF PLEA

I, JOHN EDWARD BAKER, having been advised of my Constitutional rights, and having had the charges herein stated to me do now hereby plead **GUILTY** to Count One of the Indictment, this 11th day of September, 2013.

I also acknowledge the fact that the Court is required to consider any applicable sentencing guideline when imposing sentence in this case.

_____
JOHN EDWARD BAKER
DEFENDANT

_____
CYNTHIA W. ROSEBERRY
ATTORNEY FOR DEFENDANT

_____
VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY